UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO. 10-329 |
| v. | * | SECTION: "I"(5) |
| DANTE CARSON | * | |

\* \* \*

GOVERNMENT'S MOTION ACKNOWLEDGING
DEFENDANT'S ACCEPTANCE OF RESPONSIBILITY

**NOW INTO COURT** comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and with respect moves this Court as to the following:

I.

Pursuant to U.S. Sentencing Guidelines Manual §3E1.1(b), a defendant may receive the benefit of an additional 1-level decrease for acceptance of responsibility if: (1) he first qualifies for an initial 2-level decrease under §3E1.1(a); and (2) the government states to the Court that a timely guilty plea obviated the need to prepare for trial, thus efficiently allocating the resources of the Court and the government.[1]

---

[1] Additionally, the section imposes the criterion that the offense level prior to the application of subsection (a) must be 16 or greater; Carson's base offense level meets this requirement.

II.

Accordingly, the United States moves that defendant, **DANTE CARSON**, be accorded the benefit of U.S.S.G. §3E1.1(b), because he provided timely notice of his intention to plead guilty, thus permitting both the government to avoid preparing for trial and the government and this Court to allocate their resources efficiently. His decrease should be the three (3) points currently reflected in his Presentence Investigation Report.

>Respectfully submitted,
>
>DANA J. BOENTE
>UNITED STATES ATTORNEY
>
>s/ Duane A. Evans
>DUANE A. EVANS (#24086)
>Assistant United States Attorney
>650 Poydras Street, Suite 1600
>New Orleans, Louisiana   70130
>Telephone:   (504) 680-3069
>duane.evans@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

>s/ Duane A. Evans
>DUANE A. EVANS
>Assistant United States Attorney