MINUTE ENTRY
AFRICK, J.
JULY 11, 2013

JS10 - 00:11

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 10-329

DANTE CARSON                                SECTION:  I


SENTENCING


COURT REPORTER:  Jodi Simcox
COURTROOM DEPUTY:  Bridget Gregory

PRESENT:      Duane Evans, Counsel for the government
              Jason Williams, Counsel for defendant
              Tracy Coleman, U.S. Probation
              Dante Carson, Defendant


Defendant was sentenced on counts 1, 5, and 10 of the third superseding indictment.
On motion of the United States, counts 2, 9, 11, 12, 13, and 14 of the third superseding
indictment are dismissed as to this defendant.
See Judgment for sentence imposed.
The defendant was remanded to the custody of the U.S. Marshal.